James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

**Plaintiff, Pro Se**

RECEIVED
DEC 03 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>GALLANT VENTURES LLC d/b/a )<br>MERCHANT DIRECT LLC, & )<br>DANIEL L. FIORE )<br>    Defendants ) | Civil Action<br><br>No. 3:18-cv-13404<br><br>Honorable Michael A. Shipp |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff JAMES EVERETT SHELTON hereby dismisses this action with prejudice, with respect to all Defendants.

Dated: November 30, 2018

*James E. Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se

James Everett Shelton
316 Covered Bridge Rd
King of Prussia, PA 19406

Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608