James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se

RECEIVED
DEC 03 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON DIVISION

| | |
|---|---|
| JAMES EVERETT SHELTON<br>    Plaintiff, | )<br>) Civil Action<br>) |
| v. | ) No. 3:18-cv-13404<br>) |
| GALLANT VENTURES LLC d/b/a<br>MERCHANT DIRECT LLC, &<br>DANIEL L. FIORE<br>    Defendants | ) Honorable Michael A. Shipp<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff JAMES EVERETT SHELTON hereby dismisses this action with prejudice, with respect to all Defendants.

Dated: November 30, 2018

*James E. Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se

So Ordered this 4th day
of December, 2018

*Shipp*
Hon. Michael Shipp, USDJ